Lulu I. Knaus, Appellee, v. M. R. C. Finance Corpo-
ration, Appellant.

Gen. No. 42,332.

488

opinion filed November 4, 1943. Teller, Levit & Silvertrust, for appellant; no appearance for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.